# UNITED STATES DISTRICT COURT

## for the

\_Middle District of \_North Carolina ▾



_____ Division

STEVEN E EDWARDS

)
)
)
*Plaintiff(s)*
(*Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.*)

-v-

UNITED STATES OF AMERICA

*Defendant(s)*
(*Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.*)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | STEVEN E EDWARDS |
| Street Address | 615 PINE STREET |
| City and County | WELLSVILLE FRANKLIN COUNTY |
| State and Zip Code | KANSAS 66092 |
| Telephone Number | 646-359-4913 |
| E-mail Address | seedwards1955@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

Name | UNITED STATES OF AMERICA
Job or Title *(if known)* | MIDDLE DISTRICT COURT OF NORTH CAROLINA
Street Address | 324 WEST MARKET STREET ROOM 401
City and County | GREENSBORO   GUILFORD COUNTY
State and Zip Code | NORTH CAROLINA   27401
Telephone Number | 336-332-6120
E-mail Address *(if known)* |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* STEVEN E EDWARDS , is a citizen of the State of *(name)* KANSAS .

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2. If the defendant is a corporation

    The defendant, *(name)* UNITED STATES , is incorporated under the laws of the State of *(name)* MIDDLE DISTRICT NORTH CAROLINA , and has its principal place of business in the State of *(name)* NORTH CAROLINA . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is in excess of $10,000,000.   Please see attached references

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* UNITED STATES OF AMERICA               , owes the plaintiff *(specify the amount)* $        10,000,000.00 , because *(use one or more of the following, as appropriate)*:

### A.   On a Promissory Note

On *(date)* _____ , the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ . A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B.   On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ _____ . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

**C.**   **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.**   **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned the defendant on *(date)* _____ .

**E.**   **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

**F.**   **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ 2,650,829.73 on *(date)* 10/24/2020 by *(identify who paid and describe the circumstances of the payment)*
The FBI seized my bank account at Central State Bank in Durham NC

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)*
My Plea agreement and Grand Jury indictment do not include the above referenced amount. Also see US TAX COURT Docket No. 7329-10 (which is attached  Reference 1)

**IV.**   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to order payment to Steven E Edwards in excess of $10,000,000. This basis has been figured only from the $2,650,829.73 seized by the FBI in 2006 with interest. See attached references 1,2,3, and 4.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *10 / 24 / 20*

Signature of Plaintiff  *Steven E. Edwards*

Printed Name of Plaintiff  *Steven E. Edwards*

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

*Reference 1*

STEVEN EUGENE EDWARDS,                    )
                                          )
    Petitioner,           )
                                          )
    v.                    )    Docket No. 7329-10.
                                          )
COMMISSIONER OF INTERNAL REVENUE,         )
                                          )
    Respondent            )

## O R D E R

On March 29, 2010, petitioner filed a petition to contest a deficiency in income tax of $1,054,142.00 and a fraud penalty under section 6663 of $790,606.50 for the taxable (calendar) year 2000.[1] The deficiency in tax is based principally on respondent's determinations that petitioner failed to report $2,641,215 of "diverted funds" and $63,648 of interest income. The notice also states that petitioner is "collaterally estopped from raising a defense as to the assertion of the section 6663 fraud penalty" because he "pled guilty to Income Tax Evasion under the provisions of Title 26, U.S.C. 7201."[2]

On January 22, 2013, respondent filed a Motion For Summary Judgment and a Declaration in support thereof. On February 11, 2013, petitioner filed a Response objecting to the granting of respondent's motion. On February 21, 2013, petitioner filed a Supplement to his Response.

In the penultimate numbered paragraph of his motion, respondent contends that "petitioner is collaterally estopped from challenging respondent's determination of the tax deficiency and the fraud penalty for the 2000 taxable year due to by [sic] his guilty plea for violating I.R.C. sec. 7201". We disagree. Rather, petitioner's conviction establishes only that there was an underpayment of income tax and that some portion of the underpayment was due to fraud. Petitioner's conviction does not serve to confirm the deficiency determined by respondent in the notice of deficiency, nor does petitioner's conviction establish that the entire underpayment was attributable to fraud. See, e.g., sec. 6663(b). Accordingly, on the record before us it cannot be said that there is no genuine

---

[1] All section references are to the Internal Revenue Code, as amended; all Rule references are to the Tax Court Rules of Practice and Procedure.

[2] The Court notes that in his Answer filed May 19, 2010, respondent affirmatively relies on the doctrine of collateral estoppel. See Rule 39.

**SERVED Jun 13 2013**

issue as to any material fact or that a decision may be rendered for respondent as a matter of law.

Premises considered, it is hereby

ORDERED that respondent's Motion For Summary Judgment, filed January 22, 2013, is denied.

(Signed) Robert N. Armen, Jr.
Special Trial Judge

Dated: Washington, D.C.
June 12, 2013

21

United States of America

United States of America
and

vs

Steven E. Edwards
,          Defendant/Respondent(s)

This is definitely a Civil Rights Complaint pursuant to 28 USC § 1331 to upgrade what Steven E. Edwards has already did in the United States Court of Federal Claims in January 2014 or before No. 13-971 C.

Steven E. Edwards absolutely believes the United States of America has to go by the same laws as I do.

Since I have been out of prison I have had a very long meeting with Branch Chief Public Defender Tom Bartee in Kansas City, Kansas and verbal conversations with Eric Placke Public Defender in Greensboro, North Carolina. They both agreed on every accusations I have included in this Civil Rights Complaint. This is different, isn't it?

The last trial date in Winston-Salem, North Carolina was June 24, 2015 Docket No. 7329-10 the two Marshals that set with me on the opposite side of the 30 or more Government employees on the other side, the Marshals told me once the trial was over, I just won and the United States of America owes me a lot of interest plus the money and assets the Government took from me.

There is strictly a lot of serious accusations that need to be corrected for Steven E. Edwards 14975031. Because every accusation is proven by Government Documents that are attached to this complaint.

United States of America

United States of America
and

vs

Steven E. Edwards
                    Defendant/Respondent(s)

This is definitely a Civil Rights Complaint pursuant to 28 USC § 1331 to upgrade what Steven E. Edwards has already did in the United States Court of Federal Claims in January 2014 or before No. 13-971 C.

Steven E. Edwards absolutely believes the United States of America has to go by the same laws as I do.

Since I have been out of prison I have had a very long meeting with Branch Chief Public Defender Tom Bartee in Kansas City, Kansas and verbal conversations with Eric Placke Public Defender in Greensboro, North Carolina. They both agreed on every accusations I have included in this Civil Rights Complaint. This is different, isn't it?

The last trial date in Winston-Salem, North Carolina was June 24, 2015 Docket No. 7329-10 the two Marshals that set with me on the opposite side of the 30 or more Government employees on the other side, the Marshals told me once the trial was over, I just won and the United States of America owes me a lot of interest plus the money and assets the Government took from me.

There is strictly a lot of serious accusations that need to be corrected for Steven E. Edwards 1497503l. Because every accusation is proven by Government Documents that are attached to this complaint.

Factual Basis also proves the Insurance Agent that sold us the Worker's Compensation could have fixed our Worker's Compensation with Liberty Mutual on or before November 14, 2000 if he would have done that we would still be in business.

I should have never been charged with Counts 1 through 19 because Magna Corporation and The Fidelity Group was granted their bankruptcy way before my Grand Jury Indictment. Everyone associated with these companies was definitely cleared from any wrongful doing or their companies would have never been granted their bankruptcies.

Two attorneys were involved in the Magna and Fidelity Groups bankruptcies, they were Yoder and Hudson both in N.C.

My Plea Agreement Contract Bargain proves I owe the United States of America nothing. Eric Placke's affidavit proves I'm right.

The two mail fraud convictions were done illegally by the United States of America.

I need to know the definition of a criminal violation. Really what it means.

I'm not responsible for anything in Counts 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 19, and 21. Because they were dismissed by the United States of America.

The only reason I agreed to do the Plea Agreement Contract on February 21, 2006 was because it was my only contract I would have with the United States of America. Because the only amount the United States of America says I owe for my Plea Agreement was on Page 6, Paragraph 5C. That must be dismissed because Count 19 and 21 was dismissed because Count 19 and 21 was dismissed by the United States of America.

The Paragraph on Page 8 Paragraph 9 proves the United States of America law says, "No Agreements, representations or understanding have been made between the parties in this case other than those which are explicitly set forth in this Plea Agreement and none will be entered

Reference 4

104

to my Plea Agreement Contract was signed on February 21, 2006. Whoever reads this response can never disagree legally with this paragraph.

I believe this paragraph is the law, all whoever is reading this just has to read the Order that came from the United States of America Tax Court Special Judge Robert N. Armen Jr. on June 12, 2013. Especially read Paragraph 3 on Pages 1 and 2 and the final paragraph on Page 2. This Order is real clear and definitely related to my Plea Agreement on Pages 8 and 9 in Paragraph 9 and my Presentence Investigation Report on Page 20 Paragraph 93. All of these Paragraphs prove I don't owe the United States of America or anybody else any amount of money except what's in Counts 8 and 14.

Now it's going to get real interesting to you from this point on in regard to my response. In my Grand Jury Indictment on Pages 41 and 42 Paragraphs 1, 2, 3, and 4 it proves where my forfeiture allegations must come from to justify the United States of America to keep any amount of money from my aggregate amount. Until someone can prove to me from United States of America laws, I will always believe all of my criminal violations must come from my Grand Jury Indictment Counts 8, 14, 18, and 20 my only criminal violations according to my only contract I have with the United States of American the Plea Agreement Bargaining Contract. By now you do know Count 1 was dismissed which I believe means Count 1 never existed. Now read the first paragraph in Counts 8, 14, and 18. I believe legally these three counts should have been dismissed.

Read the last Paragraph 31 on Page 20 in my Grand Jury Indictment that prove what Count 1 forfeiture allegation maximum it can be $8,601.48.

What the Department of Treasury attorney really should read in my Factual Basis Dated February 21, 2006 the day my Plea Agreement Contract was also finalized. Just read Pages 4 & 5